UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATTY BASS | * | CIVIL ACTION NO: |
| *Plaintiff* | * | 2:21-CV-1187 |
| | * | |
| v. | * | JUDGE GUIDRY |
| | * | |
| AMERICAN INTERNATIONAL LIFE | * | MAG. CURRAULT |
| ASSURANCE CO., ET AL. | * | |
| *Defendants* | * | |
| | * | |
| ****************************************** | * | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 1(a)(1)(A)(i) - (AMERICAN INTERNATIONAL GROUP, INC.)**

Plaintiff, Patty Bass, filed claims in the above-captioned action against defendant, American International Group, Inc., who has not answered, moved, or otherwise responded to those claims. Having been advised by Defendants' attorney that United States Life Insurance Company in the City of New York is the proper party for this lawsuit, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses all claims against American International Group, Inc., without prejudice.

Respectfully submitted,

/s/ Reagan Toledano
WILLEFORD & TOLEDANO
Reagan L. Toledano (La. 29687)
201 St. Charles Ave., Ste. 4208
New Orleans, La. 70170
Direct Dial: 504/582.1292
504/582.1286; (f)313/692.5927
rtoledano@willefordlaw.com

1